IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GERARD GRESSEL,

    Plaintiff,

vs.

JOHNSON & JOHNSON
SERVICES, INC., *et al.*

    Defendants.

Case Number: 1:11cv620

Judge Timothy S. Black
Magistrate Judge Karen L. Litkovitz

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised that this civil action has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge